IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| United States of America, | NO. CR 98-20060 JW |
|---|---|
| Plaintiff, | NO. C 06-06676 JW<br>NO. C 07-03779 JW |
| v. | **JUDGMENT** |
| Dzung Quoc Anh Nguyen, | |
| Defendant. | |
| _____/ | |

Pursuant to the Court's December 14, 2009 Order Dismissing Defendant's Motions for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 With Prejudice, judgment is entered on behalf of Plaintiff United States of America, against Defendant Dzung Quoc Anh Nguyen.

The Clerk shall close C 06-06676 and C 07-3779 pursuant to this Judgment.

Dated: December 14, 2009

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

3 U.S. Attorney's Office
150 Almaden Blvd., Suite 900
4 San Jose, CA 95113-2009

6 Dzung Quoc Anh Nguyen
#35228-037
Big Spring Correctional Center
7 Flightline Unit
2001 Rickabaugh Drive
8 Big Spring, TX 79720

10 **Dated: December 14, 2009**          **Richard W. Wieking, Clerk**

12                                        **By:**_____
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**